# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LAMONT WILSON, JR., Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, Defendant. | : : : : : | No. 17-2645 |

FILED

MAY -2 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**J. William Ditter, Jr., J.**

AND NOW, this 2nd day of May 2018, after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR
U.S. DISTRICT COURT JUDGE